Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−20424−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eileen P Vanderpoel
5 Stonehenge Drive
Medford, NJ 08055

Social Security No.:
xxx−xx−7822

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑ An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on June 20, 2018 in the amount of $ 77.50 has not been received by the Clerk,

☐ The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 7/5/18 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 7/5/18.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Kathryn C. Ferguson on

Date: 7/25/18
Time: 2:00 p.m.
Location: Courtroom 2
Address:   Clarkson S. Fisher Courthouse
           402 East State Street
           Trenton, NJ 08608−1507

Dated: June 21, 2018
JAN: ghm

Kathryn C. Ferguson
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Eileen P Vanderpoel  
    Debtor

Case No. 18-20424-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 21, 2018  
                Form ID: oscmlfee    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.  
db        +Eileen P Vanderpoel,   5 Stonehenge Drive,   Medford, NJ 08055-8466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2018 00:30:21    United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                                                                                                                                                                                          TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:  
              Albert   Russo    docs@russotrustee.com  
              Denise E. Carlon    on behalf of Creditor    U.S Bank National Association as trustee, et al...     dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
              Mark K. Smith    on behalf of Debtor Eileen P Vanderpoel markksmithlaw@aol.com,   Romasmith@aol.com  
              Rebecca Ann Solarz    on behalf of Creditor    U.S Bank National Association as trustee, et al...    rsolarz@kmllawgroup.com  
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                      TOTAL: 5