| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on September 5, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**EILEEN P. VANDERPOEL**<br><br>**Debtor(s)** | Case No.: 18-20424 KCF<br>Chapter: 13<br>Hearing Date:<br>Judge: Kathryn C. Ferguson |

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is ORDERED.

**DATED: September 5, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby ORDERED that the debtor's case is dismissed for:

·   Failure to make all required pre-confirmation payments to the Trustee.

And it is further ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

(__) Other                                                                                                          *Rev. 5/8/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-20424-KCF
Eileen P Vanderpoel                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Sep 05, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db             +Eileen P Vanderpoel,    5 Stonehenge Drive,    Medford, NJ 08055-8466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                             Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S Bank National Association as trustee, et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mark K. Smith    on behalf of Debtor Eileen P Vanderpoel markksmithlaw@aol.com,    Romasmith@aol.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S Bank National Association as trustee, et al...
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6