UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark K. Smith, Esquire (MS-1568)
LAW OFFICES OF MARK K. SMITH, LLC
2 Princess Road, Suite 1-G
Lawrenceville, NJ 08646
(609)512-1775
(609)896-2808 (Fax)
MarkKSmithLaw@aol.com
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>　EILEEN VANDERPOEL | Case No.:　　18-20424<br><br>Chapter:　　13<br><br>Hearing Date:　10/10/18<br><br>Judge:　　KCF |

## APPLICATION FOR ORDER SHORTENING TIME

The applicant Mark K Smith_, on behalf of Eileen Vanderpoelrequests that the time period to/for Order to Vacate Dismissal and to Impose Stay as required by      be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1.　　A shortened time hearing is requested because: confirmation hearing is scheduled for 10/10/18 and there is a pending Sheriff Sale

2.　　State the hearing dates requested: 10/10/18

3.　　Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 9/28/18                                  /s/ Mark K Smith
                                               Signature

*rev.8/1/15*