UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on September 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Eileen P. Vanderpoel

Case No.: 18-20424

Chapter: 13

Judge: Kathryn C. Ferguson

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 28, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of _____Mark K. Smith_____ for the reduction of time for a hearing on __Motion to Vacate Dismissal of Case_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____October 10, 2018_____ at _9:00 a.m._ in the United States Bankruptcy Court, _____402 East State Street, Trenton, NJ 08608_____, Courtroom No. __2__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
_Chapter 13 Trustee and Secured Creditors_____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☒ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*