Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−20424−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eileen P Vanderpoel
   5 Stonehenge Drive
   Medford, NJ 08055

Social Security No.:
   xxx−xx−7822

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/30/18 and a confirmation hearing on such Plan has been scheduled for 10/10/18.

The debtor filed a Modified Plan on 10/9/18 and a confirmation hearing on the Modified Plan is scheduled for 11/14/18 AT 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 10, 2018
JAN: amg

                              Jeanne Naughton
                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 18-20424-KCF
Eileen P Vanderpoel                                             Chapter 13
     Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin               Page 1 of 2      Date Rcvd: Oct 10, 2018
                             Form ID: 186              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db             +Eileen P Vanderpoel,    5 Stonehenge Drive,    Medford, NJ 08055-8466
517547615      +Apex Asset Management/Larchmont Imaging,    2501 Oregon Pike, Suite 120,
                 Lancaster, PA 17601-4890
517651415       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
517547616      +Capital One Auto Finance,    CB disputes Team,    PO Box 259407,    Plano, TX 75025-9407
517573791      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
517664774      +JP Morgan Chase Bank, NA,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
517562320      +Kia Motor Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
517547619      +Navient,   123 Justison Street, 3rd Floor,    Wilmington, DE 19801-5360
517547620      +Portfolio Recovery/Capital One Bank USA,    120 Corporate Blvd, Ste 100,
                 Norfolk, VA 23502-4952
517547621      +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517594634      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517653804      +Virtua Health System - WJ,    Apex Asset Management, LLC,    POB 5407,    Lancaster, PA 17606-5407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2018 00:59:28     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2018 00:59:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517623053      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2018 01:03:30
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517560264      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 11 2018 01:03:30
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517547617       E-mail/PDF: creditonebknotifications@resurgent.com Oct 11 2018 01:03:38      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
517547614       E-mail/Text: cio.bncmail@irs.gov Oct 11 2018 00:58:41     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517651417       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 01:04:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517547618      +E-mail/Text: bkr@cardworks.com Oct 11 2018 00:58:04     Merrick Bank,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
517679125       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 01:03:35
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   U.S Bank National Association as trustee, et al...
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Mark K. Smith    on behalf of Debtor Eileen P Vanderpoel markksmithlaw@aol.com,   Romasmith@aol.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Oct 10, 2018
                              Form ID: 186             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Rebecca Ann Solarz    on behalf of Creditor    U.S Bank National Association as trustee, et al...
            rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                             TOTAL: 6