Mark K. Smith, Esquire (MS-1568)
LAW OFFICES OF MARK K. SMITH, LLC
2 Princess Road, Ste 1-G
Lawrenceville, New Jersey  08648
(609) 512-1775
(609) 896-2808 - fax
MarkKSmithLaw@aol.com
Attorney for Debtor

**Order Filed on October 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

EILEEN VANDERPOEL,
                Debtors.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Case No. 18-20424 (KCF)
Chapter 13

ORDER ON MOTION TO VACATE ORDER OF DISMISSAL AND TO IMPOSE STAY

The relief set forth on the following page is hereby ORDERED.

_____

**DATED: October 12, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2

The debtor having filed a motion to vacate dismissal of case and for entry of Order to Impose Stay; and the court having considered any objections filed; and for good cause shown; it is

xx ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to __December 12, 2018__ at ~~10:00 am~~

~~ORDERED that the motion to vacate order dismissing case is denied.~~

IT IS FURTHER ORDERED that the automatic stay as to all creditors is hereby reinstated as of this effective date.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification.

United States Bankruptcy Court
District of New Jersey

In re:  
Eileen P Vanderpoel  
    Debtor

Case No. 18-20424-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 12, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.
db            +Eileen P Vanderpoel,    5 Stonehenge Drive,    Medford, NJ 08055-8466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                              Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    U.S Bank National Association as trustee, et al...
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Mark K. Smith    on behalf of Debtor Eileen P Vanderpoel markksmithlaw@aol.com,   Romasmith@aol.com
      Rebecca Ann Solarz    on behalf of Creditor    U.S Bank National Association as trustee, et al...
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6