Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 18−20424−KCF
                          Chapter:  13
                          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eileen P Vanderpoel
   5 Stonehenge Drive
   Medford, NJ 08055

Social Security No.:
   xxx−xx−7822

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/8/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 11, 2019
JAN: ckk

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-20424-KCF
Eileen P Vanderpoel                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db         +Eileen P Vanderpoel,   5 Stonehenge Drive,    Medford, NJ 08055-8466
517547615  +Apex Asset Management/Larchmont Imaging,    2501 Oregon Pike, Suite 120,
             Lancaster, PA 17601-4890
517651415   CW Nexus Credit Card Holdings l, LLC,   Resurgent Capital Services,    PO Box 10368,
             Greenville, SC 29603-0368
517547616  +Capital One Auto Finance,   CB disputes Team,    PO Box 259407,   Plano, TX 75025-9407
517573791  +Hyundai Lease Titling Trust,   PO Box 20825,    Fountain Valley, CA 92728-0825
517664774  +JP Morgan Chase Bank, NA,   Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
517562320  +Kia Motor Finance,   10550 Talbert Ave,   Fountain Valley, CA 92708-6031
517547619  +Navient,   123 Justison Street, 3rd Floor,    Wilmington, DE 19801-5360
517547620  +Portfolio Recovery/Capital One Bank USA,   120 Corporate Blvd, Ste 100,
             Norfolk, VA 23502-4952
517547621  +Specialized Loan Servicing,   8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517594634  +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517653804  +Virtua Health System - WJ,   Apex Asset Management, LLC,    POB 5407,   Lancaster, PA 17606-5407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 00:25:25     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 00:25:23     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517623053  +EDI: AISACG.COM Mar 12 2019 03:58:00     Capital One Auto Finance, a division of Capital On,
             P.O. Box 4360,   Houston, TX 77210-4360
517560264  +EDI: AISACG.COM Mar 12 2019 03:58:00     Capital One Auto Finance, a division of Capital On,
             AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517547617   EDI: RCSFNBMARIN.COM Mar 12 2019 03:58:00     Credit One Bank,   PO Box 98872,
             Las Vegas, NV 89193-8872
517547614   EDI: IRS.COM Mar 12 2019 03:58:00     Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA 19101-7346
517651417   EDI: RESURGENT.COM Mar 12 2019 03:58:00     LVNV Funding, LLC its successors and assigns as,
             assignee of MHC Receivables, LLC and,   FNBM, LLC,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
517547618  +EDI: MERRICKBANK.COM Mar 12 2019 03:58:00     Merrick Bank,   PO Box 9201,
             Old Bethpage, NY 11804-9001
517679125   EDI: PRA.COM Mar 12 2019 03:58:00     Portfolio Recovery Associates, LLC,
             C/O Capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517820159*    +Hyundai Lease Titling Trust,   PO Box 20825,   Fountain Valley, CA 92728-0825
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
          Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   U.S Bank National Association as trustee, et al...
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Mark K. Smith    on behalf of Debtor Eileen P Vanderpoel markksmithlaw@aol.com, Romasmith@aol.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S Bank National Association as trustee, et al...
           rsolarz@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: 148             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                         TOTAL: 6