UNITED STATES BANKRUPTCY COURT

District of New Jersey

Albert Russo

CN 4853

Trenton,  NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

**Order Filed on March 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Eileen P Vanderpoel

Debtor(s)

Case No.: 18-20424 / KCF

Chapter: 13

Hearing Date: February 27, 2019

Judge:  Kathryn C. Ferguson

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: March 8, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

*rev. 5/8/17*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to the debtor's counsel in the amount of $2500 from available funds on hand received prior to dismissal.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/17*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-20424-KCF
Eileen P Vanderpoel                                             Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Mar 11, 2019
                              Form ID: pdf903       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
```
db              +Eileen P Vanderpoel,   5 Stonehenge Drive,   Medford, NJ 08055-8466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                              TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
```
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   U.S Bank National Association as trustee, et al...
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Mark K. Smith   on behalf of Debtor Eileen P Vanderpoel markksmithlaw@aol.com,   Romasmith@aol.com
          Rebecca Ann Solarz   on behalf of Creditor   U.S Bank National Association as trustee, et al...
           rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 6
```